IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHAMISAH THOMAS**                                             **PLAINTIFF**

**v.**                  **CASE NO. 4:25-CV-00658-BSM**

**WC BRASSELL DETENTION CENTER**                  **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE